**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                            ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

Hugo Roberto Estrada #80887-280
FCI - MCDOWELL
PO BOX 1009
Welch, WV 24801
3:09-CR-1708-PRM-1, Doc 133-135 mg

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☒ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

9590 9401 0063 5168 0806 40

2. Article Number *(Transfer from service label)*

7015 3010 0002 1258 7510

PS Form 3811, April 2015 PSN 7530-02-000-9053       Domestic Return Receipt



UNITED STATES POSTAL SERVICE

CHARLESTON
WV 250
16 FEB '16
PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

FILED

FEB 22 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____   DEPUTY

**USPS TRACKING #**

9590 9401 0063 5168 0806 40